1  ANTOINETTE P. HEWITT #181099
   KUTAK ROCK LLP
2  5 Park Plaza
   Suite 1500
3  Irvine, CA  92614
   Telephone: (949) 417-0999
4  Facsimile: (949) 417-5394
   Email: Antoinette.Hewitt@KutakRock.com
5

6  *Attorneys for Defendant*
   SANDLAPPER SECURITIES, LLC
7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  TED FRANSE, | CASE NO. 2:17-cv-02207-MCE-DB |
| 12  Plaintiff, | Assigned District Judge: Hon. Morrison C. England, Jr. Courtroom 7 |
| 13  v. | |
| 14  SANDLAPPER SECURITIES, LLC, | Assigned Magistrate Judge: Hon. Deborah Barnes |
| 15  Defendant. | **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR COMPEL ARBITRATION** |
| | [Lodged Concurrently with Motion to Extend Time] |
| | Complaint Filed:  October 23, 2017 |

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

2:17-CV-02207-MCE-DB

ORDER RE MOTION TO EXTEND TIME FOR DEFENDANT'S REPLY

4823-9060-7706.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN: PLEASE TAKE NOTICE**

Upon consideration of Defendant's Unopposed Motion for an Extension of Time to File its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or Compel Arbitration ("Reply"), it is hereby:

**ORDERED** that the motion is granted; and, it is further

**ORDERED** that Defendant shall have up to and including January 24, 2018 to file its Reply.

Dated: January 22, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4823-9060-7706.1